**Order entered March 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-08-01584-CV

**TXU PORTFOLIO MANAGEMENT COMPANY, L.P. N/K/A
LUMINANT ENERGY COMPANY, L.L.C., Appellant**

**V.**

**FPL ENERGY, LLC; FPL ENERGY PECOS WIND I, LP;
FPL ENERGY PECOS WIND II, AND INDIAN MESA WIND FARM, LP, Appellees**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 04-10314**

## ORDER

The Court **GRANTS** appellant's unopposed motion for second extension of time to file supplemental brief.

Appellant is **ORDERED** to file its supplemental brief by **March 23, 2015**.

/s/     DAVID EVANS
        JUSTICE